UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANCIS (FRANK) GARNER, PH.D, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC NORTHWEST NATIONAL LABORATORY (AKA BATTELLE MEMORIAL INSTITUTE, an Ohio Nonprofit Corporation) and CHARLES HENAGER, <br><br> Defendants. | NO. CV-09-5056-RHW <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT; REMANDING COMPLAINT TO BENTON COUNTY SUPERIOR COURT** |

Before the Court is Plaintiff's Motion to Amend Complaint (Ct. Rec. 15). The motion was heard without oral argument.

Plaintiff seeks to file an Amended Complaint. The Court grants Plaintiff's motion. With the filing of the Amended Complaint, Plaintiff eliminated all allegations that would support a federal claim. The Court declines to exercise supplemental jurisdiction over the remaining state claims in the interest of judicial economy, convenience, fairness, and comity. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 n.7 (1988).

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Amend Complaint (Ct. Rec. 15) is **GRANTED**.

2. The above-captioned case is **remanded** to Benton County Superior

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT; REMANDING COMPLAINT TO BENTON COUNTY SUPERIOR COURT ~ 1**

Court.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order , forward copies to counsel, and **close the file**.

**DATED** this 22nd   day of December, 2009.


   *s/Robert H. Whaley*
   ROBERT H. WHALEY
   United States District Judge

Q:\CIVIL\2009\Garner, Francis\grant.amend.wpd

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT; REMANDING COMPLAINT TO BENTON COUNTY SUPERIOR COURT**
~ 2